450 A.2d 202

Commonwealth Credit Plan, etc., Appellant v. Kmett, et al.

 Argued January 12, 1982. Reginald L. Pawlowski, for appellant; Suzanna Marie Pawlowski, submitted a brief on behalf of appellant; Lewis H. Ripley, for appellees.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.